NVB 105-20 (Effective 1/17)

Attorney          Troy Fox
Nevada Bar #      11127
Firm Name         Crosby & Fox
Address           710 S. Eighth St.
City, State, Zip  Las Vegas, NV 89101
Phone Number      702-382-1007
Email Address     tfox@crosby-fox.com
Pro-se Debtor     _____

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

* * * * * *

| | |
|---|---|
| In re:<br>Russell Caci and<br>Kimberlee Irene Kiser<br><br><br><br><br><br><br><br><br>Debtor(s). | ) BK-S-18-13082-mkn<br>)<br>)<br>) CHAPTER 13<br>)<br>) **REQUEST FOR MORTGAGE**<br>) **MODIFICATION MEDIATION STATUS**<br>) **CONFERENCE**<br>)<br>) Hearing Date:  March 20, 2019<br>) Hearing Time:  2:30 p.m.<br>) |

On 12/19/18 , the Court entered an Order referring this case to the Mortgage

Modification Mediation ("MMM") Program (Docket #56 ). The undersigned, Troy S. Fox,

Attorney for Debtors          ( ☑ Debtor ☐ Lender ☐ Mediator ☐ Trustee ☐

Other), requests that the Court schedule an MMM Status Conference in this case for the

following reason(s):

To determine whether Creditor has participated in good faith as required by MMM

Rule III(C) and whether lender attended the mediation with a person with the authority required

pursuant to MMM Rule XI(D). Debtors contend that the Creditor participated in bad faith in

inducing the Debtors to engage in a mediation process which the lender knew, or should have

know was never going ro result in a loan modification, and then failed to attend the mediation

- 1 -

1   with a person authorized to discuss other loan resolution options._____.

2         WHEREFORE, pursuant to the MMM Program procedures, the undersigned

3   respectfully requests that the Court schedule an MMM Status Conference for resolution of the

4   above issues.

5

6   Submitted by:

7

8     /s/ Troy S. Fox_____         Dated:  02/12/19_____

9   Signature

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24