_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
July 17, 2019

RICK A YARNALL
Chapter 13 Bankruptcy Trustee
Daniel Riggs, Esq.
Nevada Bar No. 12270
701 Bridger Ave., Ste 820
Las Vegas, NV 89101
(702) 853-4500
RAY13mail@lasvegas13.com

Electronically Filed on 7/15/19

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re: | BK-S-18-13082-MKN<br>Chapter 13 |
|---|---|
| RUSSELL CACI, and<br>KIMBERLEE IRENE KISER,<br><br>Debtor(s). | **ORDER DENYING CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN AND DISMISSING OF CHAPER 13 BANKRUPTCY CASE**<br><br>Hearing Date:  July 11, 2019<br>Hearing Time: 1:30 P.M. |

Confirmation of Debtors' Chapter 13 Plan No. 1 (dkt #41) having come on for hearing in the above-entitled Court on July 11, 2019 at 1:30 p.m., with appearances as noted on record, argument having been heard, and based upon the papers and pleadings on file herein, and good cause appearing:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that confirmation of Debtors' Chapter 13 plan no. 1 is hereby DENIED;

/ / /

/ / /

     IT IS FURTHER ORDERED that the instant Chapter 13 bankruptcy case is dismissed for Debtors' failure to resolve Trustee's Opposition to Confirmation of Plan Combined with Trustee's Recommendations for Dismissal and delinquent plan payments;

     IT IS SO ORDERED.

Submitted by:

_/s/ Daniel Riggs_                                       Date: 7/15/19

Daniel Riggs, Esq.
Attorney for Rick A. Yarnall,
Chapter 13 Bankruptcy Trustee

     In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

     ___The court has waived the requirement set forth in LR 9021(b)(1).

     _X_ No party appeared at the hearing or filed an objection to the motion.

     ___I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

     ___I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

_/s/ Leah Angel_                                         Date: 7/15/19

Leah Angel
An Employee of Rick A. Yarnall
Chapter 13 Bankruptcy Trustee